IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN NICKLES,<br><br>               Plaintiff,<br><br>   v.<br><br>WARDEN E. TAYLOR,<br><br>               Defendant. | Civil Action<br>No. 09-313 (JBS/JS)<br>No. 09-557 (NLH/JS)<br>No. 09-679 (JBS/JS)<br>No. 09-952 (NLH/AMD)<br><br>**ORDER** |

    This matter having come before the Court on a motion for summary judgment by Defendant Warden E. Taylor [Docket Item 31]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this   **14th**   day of **May, 2010** hereby

    ORDERED that Defendant's motion for summary judgment shall be, and hereby is, **GRANTED**

    ORDERED that the Clerk of the Court shall close this docket.


                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   United States District Judge